The People of the State of New York, Respondent, v. Lottie Ross, Appellant. — Judgment of conviction and order unanimously affirmed.

The People of the State of New York ex rel. Royden Marble Machinery Company, Relator, v. Clark Williams, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements.

Robert R. Robson, Respondent, v. Robert Haslett, Appellant.— Judgment and order reversed on the ground that the verdict is against the weight of evidence and new trial granted, with costs to appellant to abide event.    All concurred.

May E. Rook, Respondent, v. Louis E. Rook, Appellant.— Final order unanimously affirmed, with costs.

James J. Ryan, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event.    All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Adam Raible, an Infant, by Sophie Raible, His Guardian ad Litem, Respondent, v. The Hygienic Ice and Refrigerating Company, Appellant.— Judgment and order affirmed, with costs.    All concurred, except Sewell and Houghton, JJ., dissenting.

Edward J. Shannahan, as Administrator, etc., of Morris C. Shannahan, Deceased, Appellant, v. Empire Engineering Corporation, Respondent.— Judgment and order unanimously affirmed, with costs.

Emma L. Tubes, Respondent, v. United Traction Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concurred.

Union Battery Company, Respondent, v. Harvey R. Collins, Appellant.— Judgment affirmed, with costs.    All concurred.

Van Rensselaer Land Company, Appellant, v. George Palmateer and Mary A. Palmateer, His Wife, Respondents.— Judgment unanimously affirmed, with costs, on the ground that plaintiff has failed to show that the premises in question were included in its deed.